**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JAMES IVY, SR. and DEBORAH IVY**                                                              **PLAINTIFFS**

v.                                            Case No. 3:23-cv-00124-LPR

**LOANCARE, LLC, et al.**                                                                            **DEFENDANTS**

## ORDER

Having considered Doc. 51 along with the rest of the record in this case, the Court GRANTS Plaintiffs' request to dismiss their claims without prejudice—subject to the following condition.[1] If Plaintiffs[2] refile (in any court) this action or a substantially similar action based on the same underlying events, Plaintiffs[3] will be required to pay Defendants' reasonable attorneys' fees and costs incurred in the instant litigation.[4] The Court retains jurisdiction to enforce this condition.[5]

IT IS SO ORDERED this 28th day of August 2025.[6]

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court is aware that Deborah Ivy has passed away.

[2] This includes a representative, successor in interest, or estate of either Plaintiff.

[3] *See supra* note 2.

[4] The Court's authority to make and enforce this condition comes from Federal Rule of Civil Procedure 41(a)(2). ("Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, *on terms that the court considers proper*." (emphasis added)). This condition is intended to be a variation on, but is different in important ways from, the condition set out in Rule 41(d). The particulars of the instant case (including Plaintiffs' failure to respond to the summary judgment motions and the consequent admission of facts that caused) justify the Court's more robust condition.

[5] As far as the Court can tell, this case remains live because of a counterclaim. *See* Doc. 21 at 16. The parties are instructed to submit a joint notice within 14 days of the date of today's Order proposing next steps as to the counterclaim.

[6] The dismissal of Plaintiffs' claims moots the pending summary judgment motions. *See* Docs. 35, 39, 42.