IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES IVY, SR. and DEBORAH IVY**                                                      **PLAINTIFFS**

v.                              Case No. 3:23-cv-00124-LPR

**LOANCARE, LLC, et al.**                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today and the previous orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that (1) all of Plaintiffs' claims, except those against Fannie Mae, are dismissed without prejudice, and (2) the Defendants' counterclaim is dismissed without prejudice. Plaintiffs' claims against Fannie Mae are dismissed with prejudice.

IT IS SO ADJUDGED this 14th day of November 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE